**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TYLER HARRIS,

      Plaintiff,

vs.

UNITED STATES,

      Defendant.

Case No.: 2:25-cv-00380-GMN-BNW

**ORDER ADOPTING REPORT AND RECOMMENDATION**

  Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 3), from United States Magistrate Elayna J. Youchah, which recommends dismissing this case with prejudice. Further pending before the Court is Plaintiff's Motion for Courts to File Evidence, (ECF No. 6), and Motion to add Plaintiff "American Public," (ECF No. 7).

  A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. L. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. L. R. IB 3-2(b).

  Plaintiff filed a timely objection to the Magistrate Judge's R&R. (Object., ECF No. 6). The Court will therefore make a *de novo* determination as to whether Plaintiff's case should be dismissed without prejudice. In the R&R, Magistrate Judge Youchah recommended dismissing this case with prejudice because Plaintiff's brings claims against the United States and seeks $20 trillion in damages. (R&R 1:27–28). Because the United States is immune from suit

seeking money damages, Plaintiff's case against the United States cannot proceed. (R&R 1:27–2:1). The R&R further explained that the allegations in the Complaint are indecipherable. (*Id.* 2:2–3). Plaintiff's Objection does not provide any legal sources refuting the proposition that the United States is generally immune from suits seeking money damages.

Reviewing Plaintiff's Objection and the R&R *de novo*, the Court agrees with the Magistrate Judge's recommendation. The United States is generally immune from suits seeking money damages. *Dep't of Agric. Rural Dev. Rural Hous. Serv. v. Kirtz*, 601 U.S. 42, 48 (2024). Because Plaintiff only brings claims against the United States and seeks money damages from it, his case cannot succeed. *See id.* Plaintiff's claims against the United States are therefore barred, and the legal deficiencies cannot be cured through amendment. The Court therefore agrees that his case should be dismissed with prejudice. And because the Court is dismissing the case, it also denies the Plaintiff's two pending motions as moot.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 3), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Courts to File Evidence, (ECF No. 6), is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to add Plaintiff "American Public," (ECF No. 7), is **DENIED** as moot.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** with prejudice.

The Clerk of Court is kindly directed to close this case.

Dated this __30__ day of April, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court